# EXHIBIT "A"



**Affordable Aerial Photography, Inc**

1123 Melinda Ln
Haverhill, FL  33417
skyphotoshots@yahoo.com
http://www.robertstevens.com/



**BILL TO**

Katya Hutton
Illustrated Properties
2725 PGA Blvd
Palm Beach Gardens, FL  33410
USA

**INVOICE 1013**

DATE 10 06 2014   TERMS Net 30

DUE DATE 11 05 2014

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Photography Package** <br> Resort at Singer Island, Unit 2000 | 1 | 300.00 | 300.00 |
| PAYMENT | | | 300.00 |

NOTICE OF COPYRIGHT. All photos remain the sole property of Robert Stevens Photography or A.A.P. It is illegal to transfer license or obtain photos belonging to A.A.P. from the public domain (i.e. M.L.S.) without A.A.P.'s written permission. Photos are subject to resale by A.A.P. only.

A 10% Late Fee will be assessed after 30 days.



BALANCE DUE     $0.00