UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:16-cv-80109-Dimitrouleas/Snow

AFFORDABLE AERIAL
PHOTOGRAPHY, INC.,

    Plaintiff,

vs.

ILLUSTRATED PROPERTIES
REAL ESTATE INC., et al.,

    Defendants.
_____/

**DEFENDANT ILLUSTRATED PROPERTIES REAL ESTATE INC.'S
ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Illustrated Properties Real Estate, Inc. ("Defendant" or "IPRE"), by and through its undersigned counsel, files the following answer and affirmative defenses to Plaintiff Affordable Aerial Photography, Inc.'s ("Plaintiff") Complaint.

**ANSWER TO PLAINTIFF'S COMPLAINT**

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 and, as such, denies the same.

2. Defendant without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and, as such, denies the same.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 and, as such, denies the same.

4. Defendant admits that it is a Florida licensed Real Estate Corporation. The remaining allegations in Paragraph 4 are denied.

{38240131;2}

5. Denied.

6. Denied.

7. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 and, as such, denies the same.

## JURISDICTION AND VENUE

8. Defendant denies that AAP states a cause of action under the Copyright Act, 17 U.S.C. § 501 but admits the remaining allegations in Paragraph 8.

9. Admitted.

10. Admitted.

11. Defendant denies the allegations in Paragraph 11, but admits that venue is proper, and that Defendant is subject to personal jurisdiction, in this district.

## DEFENDANTS

12. Admitted.

13. Defendant admits that Francesca Flora is a Florida licensed Real Estate Sales Associate with a license number of 3277568 who, upon information and belief, resides in Palm Beach County, Florida.  The remaining allegations in Paragraph 13 are denied.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Defendant admits that the named individual defendants are independent contractors of Defendant. The remaining allegations in Paragraph 20 are denied.

## THE COPYRIGHTED WORKS AT ISSUE

21. Defendant admits that what appears to be a Certificate of Registration containing the noted information is attached to the complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 21 and, as such, denies the same.

22. Defendant admits that what appears to be a Certificate of Registration containing the noted information is attached to the complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 22 and, as such, denies the same.

23. Defendant admits that what appears to be a Certificate of Registration containing the noted information is attached to the complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 23 and, as such, denies the same.

24. Defendant admits that what appears to be a Certificate of Registration containing the noted information is attached to the complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 24 and, as such, denies the same.

25. Defendant admits that what appears to be a Certificate of Registration containing the noted information is attached to the complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 25 and, as such, denies the same.

26. Defendant admits that what appears to be a Certificate of Registration containing the noted information is attached to the complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 26 and, as such, denies the same.

27. Defendant admits that what appears to be a Certificate of Registration containing the noted information is attached to the complaint. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 27 and, as such, denies the same.

28. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and, as such, denies the same.

29. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and, as such, denies the same.

30. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and, as such, denies the same.

## INFRINGEMENT BY THE DEFENDANTS

31. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and, as such, denies the same.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and, as such, denies the same.

39. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and, as such, denies the same.

40. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and, as such, denies the same.

41. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and, as such, denies the same.

42. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and, as such, denies the same.

43. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and, as such, denies the same.

44. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and, as such, denies the same.

45. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and, as such, denies the same.

46. Denied.

47. Defendant denies that it copied, distributed, displayed, or created derivative works of, any works at issue in this case. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 47 and, as such, denies the same.

48. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and, as such, denies the same.

49. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and, as such, denies the same.

## COUNT I
## COPYRIGHT INFRINGEMENT
## AGAINST ALL DEFENDANTS

50. Defendant repeats and incorporates its answers and denials in Paragraphs 1-49 as if fully repeated and restated herein.

51. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and, as such, denies the same.

52. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and, as such, denies the same.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

## COUNT II
## COPYRIGHT INFRINGEMENT
## AGAINST ILLUSTRATED

57. Defendant repeats and incorporates its answers and denials in Paragraphs 1-49 as if fully repeated and restated herein.

58. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and, as such, denies the same.

59. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and, as such, denies the same.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

## COUNT III
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

64. Defendant repeats and incorporates its answers and denials in Paragraphs 1-49 as if fully repeated and restated herein.

65. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and, as such, denies the same.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

### AFFIRMATIVE DEFENSES

Defendant alleges and asserts the following defenses in response to the allegations of Plaintiff's Complaint, undertaking the burden of proof only on those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated herein. In addition to the affirmative defenses described below and subject to its responses above, Defendant specifically reserves all rights to allege additional defenses that become known through the course of discovery:

### First Affirmative Defense

One or more claims set forth in the Complaint fails to state a claim upon which relief may be granted.

## Second Affirmative Defense

Some or all of the claims for damages, statutory damages and attorney's fees are barred because Plaintiff failed to comply with the registration requirements of 17 U.S.C. § 412.

## Third Affirmative Defense

One or more of Plaintiff's copyrights are invalid.

## Fourth Affirmative Defense

Some or all of the claims for copyright infringement and damages therefrom are barred because Plaintiff failed to comply with the copyright notice provisions.

## Fifth Affirmative Defense

Although IPRE denies that it engaged in any infringement, in the event that it is determined otherwise, Defendant is an innocent infringer.

## Sixth Affirmative Defense

Some or all of the claims are barred from any affirmative recovery under the safe harbor provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 512.

## Seventh Affirmative Defense

One or more of Plaintiff's purported claims are barred, in whole or in part, by the doctrines of unclean hands, laches, waiver and estoppel.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever, and respectfully requests judgment dismissing all claims, together with an award of all of costs, disbursements and fees, including attorneys' fees, in favor of Defendant.

## **JURY TRIAL DEMAND**

Defendant hereby requests a trial by jury of all issues so triable.

Date:  May 17, 2016 Respectfully submitted,

By: */s/Patricia M. Carlson*
David Brafman
Florida Bar No. 0068289
Patricia M. Carlson
Florida Bar No. 0058592
Amy Price
Florida Bar No. 0091959
Email: david.brafman@akerman.com
Email:  patti.carlson@akerman.com
Email: amy.price@akerman.com
AKERMAN LLP
777 S. Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*Counsel for Defendant Illustrated Properties Real Estate, Inc.*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 17, 2016 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      */s/Patricia M. Carlson*
Patricia M. Carlson
Florida Bar No. 0058592